ACCEPTED
14-15-00194-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/24/2015 11:46:32 AM
CHRISTOPHER PRINE
CLERK

No. 14-15-00194-CV

_____

IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/24/2015 11:46:32 AM
CHRISTOPHER A. PRINE
Clerk

_____

VICNRG LLC,
Appellants,

v.

FCSTONE, LLC, FCSTONE TRADING, LLC
and FCSTONE GROUP, INC.,
Appellees.

_____

**APPELLEES' RESPONSE TO APPELLANT'S UNOPPOSED MOTION TO ENLARGE PERIOD DURING WHICH IT MIGHT REPSOND TO APPELLEES' MOTOIN TO DISMISS FOR LACK OF JURISDICTION**

_____

On Appeal from the 334th District Court
Harris County, Texas
Cause No. 2013-05124B
Hon. Grant Dorfman, Presiding

_____

Mark K. Glasser
Texas Bar No. 08014500
Tracy N. LeRoy
Texas Bar No. 24062847

Sidley Austin LLP
1000 Louisiana, Suite 6000
Houston, Texas 77002
Telephone: 713-495-4500
Facsimile: 713-495-7799

David Hoffman (admitted pro hac vice)
Illinois State Bar No. 6229441
Kees Vandenberg (admitted pro hac vice)
Illinois State Bar No. 6301079

Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60606
Telephone: 312- 853-7000
Facsimile: 312-853-7036

Attorneys for Appellees-Defendants
FCStone, LLC, FCStone Trading, LLC and
FCStone Group, Inc.

ACTIVE 206707132v.1

Appellees FCStone, LLC, FCStone Trading, LLC, and FCStone Group, Inc. ("FCStone") respectfully respond to Appellant VicNRG, LLC's ("Appellant's") Unopposed Motion to Enlarge Period During Which it Might Respond to Appellees' Motion to Dismiss for Lack of Jurisdiction to correct VicNRG's mischaracterizations of the procedural posture of this case. While FCStone does not object to VicNRG's request for additional time to respond to FCStone's Motion to Dismiss (although FCStone notes that VicNRG appears to have been able to substantively respond to the Motion to Dismiss in its Motion to Enlarge), FCStone does object to VicNRG's mischaracterizations of FCStone's Motion and the trial court record.

First, FCStone's Motion to Dismiss for Lack of Jurisdiction was not filed in "respon[se]" to the Court's order granting VicNRG's request that this appeal not be treated as an accelerated appeal, as stated in VicNRG's Motion to Enlarge (para. 4). FCStone's Motion is premised on the fact that VicNRG did not timely file its notice of appeal from judgment, not this Court's order granting VicNRG's request.

Second, VicNRG mischaracterizes the procedural history of this case. The trial court signed a summary judgment order in favor of FCStone on August 1, 2014; VicNRG's insistence that there is only a "proposed order" in the record is simply baffling (para. 4). Likewise, FCStone did not submit a proposed judgment to the trial court *after* the motion for severance was granted and the severance

1

order signed, as stated by VicNRG (*id.*). FCStone had, in the abundance of caution, submitted both a proposed severance order and a proposed judgment with its motion to sever on the assumption that the trial court would enter them the same day. As discussed in FCStone's Motion to Dismiss, when the trial court signed the severance order, the summary judgment became final and appealable, and entry of a later judgment would violate the final judgment rule.

Third, and finally, VicNRG's contention that FCStone has "had months" to prepare FCStone's "lengthy" Motion to Dismiss is flatly wrong. VicNRG filed its first, "conditional" notice of appeal in this Court on February 20, and its second amended notice of appeal on March 12. FCStone filed its 12-page Motion to Dismiss six days later, less than one month after VicNRG first appealed. VicNRG offers no basis for its claim that FCStone should have filed a Motion to Dismiss prior to VicNRG even filing its untimely appeal.

In sum, while FCStone has no objection to enlarging VicNRG's time to respond to its Motion to Dismiss, FCStone does object to VicNRG's use of its Unopposed Motion to Enlarge to misstate the record.

ACTIVE 206707132v.1

Respectfully submitted,

By:   /s/ Mark K. Glasser

Mark K. Glasser
State Bar No. 08014500
Tracy N. LeRoy
State Bar No. 24062847

SIDLEY AUSTIN, LLP
1000 Louisiana, Suite 6000
Wells Fargo Plaza
Houston, Texas  77002
713-495-4500 (telephone)
713-495-7799 (facsimile)
mglasser@sidley.com
tleroy@sidley.com

David Hoffman (admitted pro hac vice)
Illinois State Bar No. 6229441
Kees Vandenberg (admitted pro hac vice)
Illinois State Bar No. 6301079

SIDLEY AUSTIN, LLP
One South Dearborn
Chicago, Illinois 60606
(312) 853-7000 (telephone)
(312) 853-7036 (facsimile)
david.hoffman@sidley.com
c.vandenberg@sidley.com

**COUNSEL FOR DEFENDANTS FCSTONE, LLC, FCSTONE TRADING, LLC, and FCSTONE GROUP, INC.**

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing documents was forwarded to all counsel of record on the 24th day of March, 2015, by electronic mail and U.S. mail.

Daniel E. Blumberg
Peter F. Bagley
Blumberg & Bagley, L.L.P.
2304 W. Interstate 20, Suite 190
Arlington, Texas  76017
Tel:   (817) 277-1500
Fax:   (817) 277-1170

James T. Drakeley
R. Scott Seifert
Hiersche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, Texas  75001


By:   /s/ Tracy N. LeRoy

4